AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Jonathan Irons and Karen Chandler )
*Plaintiffs* )
v. ) Case No. 13-cv-04467-MKB-JO
Bedford-Stuyvesant Community Legal Services et al. )
*Defendants* )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bedford-Stuyvesant Community Legal Services, Legal Services NYC and Betty Staton.

Date: 08/28/2013

*Attorney's signature*

Andrew E. Rice
*Printed name and bar number*

Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Address*

arice@proskauer.com
*E-mail address*

(212) 969-3000
*Telephone number*

(212) 969-2900
*FAX number*