PROSKAUER ROSE LLP
Joseph Baumgarten
Andrew E. Rice
Eleven Times Square
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
jbaumgarten@proskauer.com
arice@proskauer.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
 :
JONATHAN IRONS and KAREN CHANDLER, : 13 Civ. 4467 (MKB) (JO)
 :
                 Plaintiffs, : **ECF CASE**
 :
                v. : **DEFENDANTS'**
 : **RULE 7.1 STATEMENT**
 :
BEDFORD-STUYVESANT COMMUNITY :
LEGAL SERVICES; LEGAL SERVICES NYC; :
and BETTY STATON in her individual and :
official capacities; :
 :
                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Bedford-Stuyvesant Community Legal Services ("BSCLS"), Legal Services NYC ("LSNYC") and Betty Staton certifies:

      1. Defendants BSCLS and LSNYC have no parent corporations, and no publicly held corporation owns 10% or more of the stock of either Defendant BSCLS or Defendant LSNYC.

      2. Defendant LSNYC, a not-for-profit corporation, is the sole member of Defendant BSCLS, a not-for-profit corporation.

Dated: August 29, 2013
New York, New York

                                  PROSKAUER ROSE LLP

                                  <u>/s/ Andrew E. Rice</u>
                                  Joseph Baumgarten
                                  Andrew E. Rice
                                  11 Times Square
                                  New York, New York  10036
                                  Phone: (212) 969-3000
                                  Fax: (212) 969-2900
                                  Email: jbaumgarten@proskauer.com
                                                arice@proskauer.com

                                  *Attorneys for Defendants*