

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 29, 2013

Andrew E. Rice
Attorney at Law
d 212.969.3214
f 212.969.2900
arice@proskauer.com
www.proskauer.com

**By ECF**

The Honorable Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Jonathan Irons and Karen Chandler v. Bedford-Stuyvesant Community Legal Services, Legal Services NYC and Betty Staton, No. 13-CIV-4467 (MKB) (JO)

Dear Judge Brodie:

We represent Defendants Bedford-Stuyvesant Community Legal Services, Legal Services NYC and Betty Staton in the above-referenced matter. We write pursuant to Rule 1.F. of Your Honor's Individual Practices and Rules to request an extension of Defendants' time to answer, move or otherwise respond to the Complaint from September 3, 2013 to and including September 27, 2013. Defendants made this request of Plaintiffs' counsel – the first such request – yesterday, and Plaintiff's counsel consented to the request. We therefore respectfully ask that the Court so order the enclosed Stipulation.

Respectfully submitted,


/s/ Andrew E. Rice
Andrew E. Rice

Attachment

cc (via ECF):   Douglas H. Wigdor, Esq.
                Ariel Y. Graff, Esq.