UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
                                              :

JONATHAN IRONS and KAREN CHANDLER,  :    13 Civ. 4467 (MKB) (JO)

                  Plaintiffs,        :    **ECF CASE**

              v.                     :    **STIPULATION**
                                         :    **EXTENDING TIME TO**
                                         :    **RESPOND TO COMPLAINT**

BEDFORD-STUYVESANT COMMUNITY      :
LEGAL SERVICES; LEGAL SERVICES NYC;  :
and BETTY STATON in her individual and   :
official capacities;                            :

                 Defendants.
---------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties in the above-captioned action, that the time within which Defendants Bedford-Stuyvesant Community Legal Services, Legal Services NYC and Betty Staton must answer, move, or otherwise respond to the Complaint is extended from September 3, 2013 to and including September 27, 2013. It is further stipulated and agreed that Defendants waive only the affirmative defenses of defective service of process and lack of personal jurisdiction with respect to the Complaint, and reserve all other defenses, rights and objections. This is the first request by Defendants for an extension of time to answer, move, or otherwise respond to the Complaint.

| | |
|---|---|
| THOMPSON WIGDOR LLP<br>THE OTTINGER FIRM, P.C.<br><br>_____<br>Douglas H. Wigdor<br>Thompson Wigdor LLP<br>85 Fifth Avenue<br>New York, New York  10003<br>Phone: (212) 257-6800<br>Fax: (212) 257-6845<br>Email: dwigdor@thompsonwigdor.com<br><br>Ariel Y. Graff<br>The Ottinger Firm, P.C.<br>20 West 55th Street, 6th Floor<br>New York, NY 10019<br>Phone: (212) 571-2000<br>Fax: (212) 571-0505<br>Email: ari@ottingerlaw.com<br>*Attorneys for Plaintiffs* | PROSKAUER ROSE LLP<br><br>_____<br>Joseph Baumgarten<br>Andrew E. Rice<br>11 Times Square<br>New York, New York  10036<br>Phone: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: jbaumgarten@proskauer.com<br>          arice@proskauer.com<br>*Attorneys for Defendants* |

**SO ORDERED** this ___ day of _____, 2013

_____
HON. MARGO K. BRODIE, U.S.D.J.