

401 Park Avenue South
New York, NY 10016
p. 212.571.2000 f. 212.571.0505

930 Montgomery Street
San Francisco, CA 94133
p. 415.262.0096 f. 212.571.0505

www.ottingerlaw.com

Ariel Y. Graff
ari@ottingerlaw.com

January 22, 2015

**VIA ECF**

Hon. Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Irons, et al. v. Bedford-Stuyvesant Community Legal Services, et al.*,
             No. 13-civ-4467 (MKB)(JO)

Dear Judge Brodie:

We represent Plaintiff Karen Chandler in the above-referenced matter. We write to respectfully join in the letter filed today by Michael J. Willemin, Esq., counsel for co-Plaintiff Jonathan Irons (ECF #38), in opposition to Defendants' letter motion of the same date (ECF #37), which requests that Your Honor strike the two Plaintiffs' respective memoranda of law in opposition to Defendants' motion for summary judgment.

For the reasons set forth in Mr. Willemin's letter, we respectfully request that Defendants' motion to strike be denied. However, as noted by Defendants and counsel for Mr. Irons alike, we do not oppose Defendants' alternative request to file a 20-page reply memorandum of law by an extended deadline of February 6, 2015.

Respectfully submitted,

Ariel Y. Graff

cc:    Michael J. Willemin, Esq.
        Andrew E. Rice, Esq.